IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF REVENUE,

      Appellant,

v.

REGINALD P. TAYLOR and
BRYNN S. BRYANT,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2144

_____/

Opinion filed May 22, 2015.

An appeal from an order of the Department of Revenue.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Assistant Attorney General, Tallahassee, for Appellant.

Reginald P. Taylor, pro se; No Appearance for Brynn S. Bryant.

PER CURIAM.

      The Department of Revenue ("Department") correctly argues that the Final

Administrative Support Modification Order entered by the administrative law judge

was in error because the subject matter jurisdiction of the Division of Administrative Hearings ("DOAH") was not properly invoked pursuant to section 409.2563, Florida Statutes.  See Dep't of Revenue v. Cottrell, 40 Fla. L. Weekly D870 (Fla. 1st DCA Apr. 15, 2015); Dep't of Revenue v. Dove, 152 So. 3d 1278 (Fla. 1st DCA 2015). The order on appeal is vacated, and the case is remanded to DOAH with instructions to enter an order directing the Department to begin modification proceedings under section 409.2563.

VACATED and REMANDED with instructions.

LEWIS, C.J, RAY and KELSEY, JJ., CONCUR.